UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEAN BAGLEY,

        Petitioner,

   v.

STEVE SINCLAIR,

        Respondent.

CASE NO. C13-5016 BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 9th day of January, 2013.

                      J. Richard Creatura
                      United States Magistrate Judge